UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-8956-CAS (RZx) | Date | December 7, 2010 |
|---|---|---|---|
| Title | *DAVIS M. DEBARD v. WELLS FARGO BANK, N.A. AND CAL-WESTERN RECONVEYANCE CORP.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                        Not Present

**Proceedings:**    **(IN CHAMBERS) - PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (filed 12/7/10)**

     The Court is in receipt of plaintiff's Application for Temporary Restraining Order and Preliminary Injunction ("TRO") filed December 7, 2010. The attached proof of service indicates that plaintiff has failed to properly serve defendant Wells Fargo Bank, N.A. ("Wells Fargo"). As a preliminary matter, there is no showing of personal service of the summons and complaint on Wells Fargo. Plaintiff's proof of service of the summons and complaint indicates that plaintiff only personally served Cal-Western Reconveyance Corp. ("Cal-Western"). See Dkt. 5. Moreover, there is no showing of service of plaintiff's TRO on Wells Fargo. The proof of service attached to plaintiff's TRO demonstrates that plaintiff attempted to serve by mail Wachovia Mortgage rather than Wells Fargo.

     Until Wells Fargo has been properly served and may appear in the action, the Court has no means to grant relief. Plaintiff may go to the website of the Secretary of State of the State of California to locate the appropriate active agent for service of process for Wells Fargo in California. That individual must be served personally with the summons and complaint and the TRO.

     In accordance with the foregoing, plaintiff's Application for Temporary Restraining Order and Preliminary Injunction is denied without prejudice, subject to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-8956-CAS (RZx) | Date | December 7, 2010 |
|---|---|---|---|
| Title | *DAVIS M. DEBARD v. WELLS FARGO BANK, N.A. AND CAL-WESTERN RECONVEYANCE CORP.* | | |

being renewed with the appropriate showing that proper service of process has been made upon defendants or that issuance of the TRO is proper without notice pursuant to Fed. R. Civ. P. 65(b).  Service of the complaint and TRO must be in accordance with Fed. R. Civ. P. 4.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | CMJ | |